UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2015 ★

LONG ISLAND OFFICE

KUNG MIN

-v-

XTRA, LLC
JOSEPH BURKE

----------------------------------------X

ORDER OF DISMISSAL FOR
FAILURE TO PROSECUTE
ADOPTING REPORT & RECOMMENDATION
CV 13-5942 (JS)(ARL)

APPEARANCES:
FOR PLAINTIFF(S):
KWANGSOO KIM, ESQ.
163-07 DEPOT RD.    #100
FLUSHING   NY 11358

FOR DEFENDANT(S):
ELIAS ABILHEIRA, ESQ.
34 E. MAIN ST.
FREEHOLD   NJ 07728

SEYBERT, DISTRICT JUDGE:

The above-captioned case was opened with its removal from New York State Supreme Court, Nassau County, on Oct. 28, 2013.

Defense counsel filed a Motion to dismiss [17] on Jan. 12, 2015, in which failures to fully participate in discovery were alleged. A response [18] was filed on Jan. 15, 2015, on the letterhead of plaintiff's counsel by an attorney whose name does not appear on the docket. Magistrate Judge Arlene Rosario Lindsay was not persuaded by the opposition, and she issued a Report & Recommendation [19] on Feb. 11, 2015, for dismissal of the case. No objection has been filed.

IT IS HEREBY ORDERED that the case be DISMISSED without prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. Motion [17] is GRANTED. Report & Recommendation [19] is ADOPTED in its entirety.

The Clerk of Court is directed to enter judgment and mark the case closed.

SO ORDERED.

s/ Joanna Seybert
JOANNA SEYBERT, U.S.D.J.

Dated:   Central Islip, New York
         Apr. 29, 2015